**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-02572-LTB-MJW

SARAH CASIAS,

        Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

        Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 9 - filed November 5, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:

   _s/Lewis T. Babcock_____
Lewis T. Babcock, Judge

DATED:   November 6, 2014